**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SUNWAVE GAS & POWER INC., <br><br> Debtor In a Foreign Proceeding. | Chapter 15 <br><br> Case No. 22-10491 (JLG) |

## ORDER GRANTING REQUEST FOR EXPEDITED HEARING

Upon consideration of **the Expedited Request for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code (the "Motion") filed by** A. Farber & Partners Inc., as the duly authorized foreign representative (the "Petitioner"), ~~Expedited Request for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code (the "Motion"),~~ **[JLG]** and it appearing necessary that the Motion be heard on an expedited basis, after due deliberation and cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The request for an expedited hearing on the Motion is GRANTED as set forth herein.

2. A hearing on the Motion is scheduled for **May 5, 2022 at 3:00 p.m. (ET)** (the "Hearing Date") before the Honorable James L. Garrity, Jr. at the United States Bankruptcy Court for the Southern District of New York, Courtroom No. 723, New York, New York 10004. **Parties wishing to participate in the hearing must register in advance with CourtSolutions LLC at www.court-solutions.com. [JLG]**

3. **On or before April 25, 2022 at 2:00 p.m. (ET), a copy of this Order and the Motion shall be served by the Petitioner by email (if available) and overnight mail on the following parties or their respective counsel: (i) all persons or bodies authorized to**

**administer foreign proceedings of the Foreign Debtor; (ii) all entities against whom provisional relief is requested in the Motion and under section 1519 of the Bankruptcy Code, including, without limitation CWave Power & Gas Inc.; (iii) all parties to litigation pending in the United States in which the Foreign Debtor is a party as of the Petition Date; (iv) the Office of the United States Trustee for the Southern District of New York; (v) the Foreign Debtor; (vi) the Internal Revenue Service; (vii) the Securities and Exchange Commission; and (viii) all other parties which have requested notice in this Chapter 15 Case. [JLG]**

4. ~~Objections to the Motion are permitted up to Hearing Date and may be submitted orally during the course of the hearing on the Motion.~~ **Responses, if any, to the Motion (a "Response") shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the Response and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov) on or before May 2, 2022 at 12:00 p.m. (ET), with two single-sided hard copies delivered to Chambers. Replies, if any, (a "Reply") shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the Reply and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing**

**System can be found at <http://www.nysb.uscourts.gov>) on or before May 3, 2022 at 12:00 p.m. (ET), with two single-sided hard copies delivered to Chambers. [JLG]**

Dated: April 25, 2022
       New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge