Andrew L. Buck
Joseph M. DeFazio
TROUTMAN PEPPER HAMILTON
STANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Andrew.Buck@troutman.com
Joseph.DeFazio@troutman.com

*Counsel to the Foreign Representative*

Matthew R. Brooks (*pro hac vice* forthcoming)
Nathaniel T. DeLoatch (*pro hac vice* forthcoming)
TROUTMAN PEPPER HAMILTON
STANDERS LLP
600 Peachtree St., NE, Ste. 3000
Atlanta, GA 30308
Telephone: 404-885-3000
Jatthew.Brooks@troutman.com
Nathan.Deloatch@troutman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SUNWAVE GAS & POWER INC.,<br><br>Debtor In a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10491-JLG |

**CERTIFICATE OF SERVICE**

JOSEPH M. DEFAZIO

    1. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 875 Third Avenue, New York, New York 10022.

    2. I certify that on April 25, 2022, I caused true and correct copies of the Honorable James L. Garrity Jr.'s Signed Order granting the Expedited Request for Provisional Relief Pursuant to Section 105(a) and 1519 of the Bankruptcy Code filed A. Farber & Partners Inc., as the duly authorized foreign representative on the following parties:

| | |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE<br>CIVIL DIVISION<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NEW YORK 10017 | C WAVE POWER & GAS INC.<br>100 CAMBRIDGE STREET, 14TH FLOOR<br>BOSTON, MA 02114<br>ATTN: LAWRENCE GELBER<br>LAWRENCE@GELBERLAW.NET |
| MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO<br>666 THIRD AVENUE<br>NEW YORK, NEW YORK 10017<br>ATTN: STEPHEN J. GULOTTA, JR. ESQ.<br>SGULOTTA@MINTZ.COM | UNITED STATES TRUSTEE<br>201 VARICK STREET, ROOM 1006<br>NEW YORK, NEW YORK 10014 |
| SECURITY AND EXCHANGE<br>COMMISSION<br>100 F STREET, NE<br>WASHINGTON, D.C. 20549 | A. FARBER & PARTNERS, INC.<br>150 YORK STREET, SUITE 1600<br>TORONTO, ON, CANADA, M5H 3S5<br>ATTN: ALLAN NACKAN |
| INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVENUE, NW<br>WASHINGTON D.C. 20224 | UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON D.C. 20530 |
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>KANSAS CITY, MO 64999 | |

Dated: April 25, 2022

*/s/ Joseph M. DeFazio*
Joseph M. DeFazio
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Joseph.defazio@troutman.com

*Counsel to the Petitioner A. Farber & Partners Inc.*