**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SUNWAVE GAS & POWER INC.,

      Debtor in Foreign Proceeding.

Chapter 15

Case No. 22-10491 (JLG)

## CERTIFICATE OF SERVICE

I, Kaitlin R. Walsh, do hereby certify that on the 3rd day of May, 2022, I caused a copy of the *Expedited Request for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code* to be served through the Court's CM/ECF system to any party who has filed a request for notice pursuant to Rule 2002 of Bankruptcy Rules and has consented to such service.

DATED: May 4, 2022

Respectfully submitted,

*/s/ Kaitlin R. Walsh*
Kaitlin R. Walsh, Esq.
Timothy J. McKeon, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, NY 10017
Tel: 212-935-3000
Fax: 212-983-3115
E-mail: krwalsh@mintz.com
         tjmckeon@mintz.com

*Attorneys for C Wave Power & Gas, Inc.*