**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
Timothy J. McKeon, Esq.
E-mail: tjmckeon@mintz.com

*Counsel to C Wave Power & Gas LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re:                                                           :   Chapter 15
:
SUNWAVE GAS & POWER INC.,                                        :   Case No. 22-10491-JLG
:
Debtors.                                                         :
:
---------------------------------------------------------------- x

### NOTICE OF APPEARANCE OF COUNSEL
### AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., appears herein as counsel to C Wave Power & Gas LLC in connection with the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1) and 342, that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorney listed below:

> Timothy J. McKeon, Esq.
> MINTZ, LEVIN, COHN, FERRIS,
> GLOVSKY AND POPEO, P.C.
> One Financial Center
> Boston, MA 02111
> Tel: 617-542-6000
> Fax: 617-524-2241
> E-mail: tjmckeon@mintz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED:   Boston, MA
         May 5, 2022

                                    Respectfully submitted,

                                    */s/ Timothy J. McKeon*
                                    Timothy J. McKeon, Esq.
                                    MINTZ, LEVIN, COHN, FERRIS,
                                    GLOVSKY AND POPEO, P.C.
                                    One Financial Center
                                    Boston, MA 02111
                                    Tel:  617-542-6000
                                    Fax:  617-542-2241
                                    E-mail: tjmckeon@mintz.com
                                    *Attorneys for C Wave Power & Gas LLC*

# CERTIFICATE OF SERVICE

I, Timothy J. McKeon, do hereby certify that on the 5th day of May, 2022, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served through the Court's CM/ECF system to any party who has filed a request for notice pursuant to Rule 2002 of Bankruptcy Rules and has consented to such service.

*/s/ Timothy J. McKeon*
Timothy J. McKeon

124791954v.1